**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE RANDALL,<br><br>                Petitioner,<br><br>    vs.<br><br>RICK HILL, WARDEN,<br><br>                Respondent. | CASE NO. CV 09-01815 DSF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 10/28/11

                                        DALE S. FISCHER
                                  UNITED STATES DISTRICT JUDGE